UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES LYLE,

                         Petitioner,

    -against-

DALE ARTUZ, Superintendent,
Clinton Correctional Facility,

                         Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-5155 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 2006 ★
TIME A.M. P.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 31, 2006, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated March 23, 2006, dismissing petitioner's petition as being without merit; and ordering that a Certificate of Appealability will not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; that petitioner's petition is dismissed; and that a Certificate of Appealability will not issue.


Dated: Brooklyn, New York
         June 01, 2006

                                                        /s/
                                                ROBERT C. HEINEMANN
                                                Clerk of Court